PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
JUSTIN L. LEE
ALEXIS KLEIN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jul 25, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: SILVER MAC LAPTOP; A BLACK IPHONE WITH A WHITE CASE; A GRAY ALCATEL AT&T SMARTPHONE; A RED IPHONE; IPHONE WITH A MULESOFT CASE; AND A WHITE IPHONE CURRENTLY LOCATED AT 1325 J ST, SUITE 1520, SACRAMENTO, CA | CASE NO: 2:22-SW-00262 CKD<br><br>ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: 07/25/2022

The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS